ERMENEGILDA DE IOIA, as Administrator of FRANCISCO DE IOIA, Deceased, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*De Ioia* v. *Metropolitan Street Ry. Co.*, 37 App. Div. 455, affirmed.
(Argued January 21, 1901; decided February 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 18, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*S. Livingston Samuels* for appellant.

*Charles F. Brown* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

LEVI J. PIERCE, as Administrator of WALLACE WARD, Deceased, Appellant, *v.* THE CHAUTAUQUA COUNTY NATIONAL BANK, Respondent.

*Pierce* v. *Chautauqua Co. Nat. Bank*, 41 App. Div. 624, affirmed.
(Submitted January 22, 1901; decided February 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 16, 1899, affirming a judgment in favor of defendant entered upon the report of a referee.

*W. S. Thrasher* for appellant.

*Frank W. Stevens* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.